**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM J. MANSFIELD, INC.,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UDREN LAW OFFICES, P.C.,** | : | **No. 18-03569** |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 5th day of March, 2019, upon consideration of Wilentz, Goldman & Spitzer, P.A.'s Motion to Withdraw as Counsel for Defendant Udren Law Offices, P.C. (Doc. No. 37), it is **ORDERED** that, as outlined in the Court's March 5, 2019 memorandum, the Motion to Withdraw (Doc. No. 37) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE