# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. MANSFIELD, INC., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UDREN LAW OFFICES, P.C., | : | No. 18-03569 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 22nd day of March, 2019, upon consideration of William J. Mansfield, Inc.'s Renewed Motion to Appoint Receiver (Doc. No. 45) and Udren Law Offices, P.C.'s Response thereto (Doc. No. 50), it is **ORDERED** that, as set forth in the accompanying Memorandum, the Renewed Motion to Appoint Receiver (Doc. No. 45) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE