# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. MANSFIELD, INC., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UDREN LAW OFFICES, P.C., | : | No. 18-03569 |
| *Defendants*. | : | |

**AND NOW**, this 16th day of August, 2019, upon consideration of the evidence presented during the April 2, 2019 bench trial of this matter, it is **ORDERED** that, as outlined in the Court's August 16, 2019 Findings of Fact and Conclusions of Law, judgment is **ENTERED** in favor of William J. Mansfield, Inc. and against Udren law Offices, P.C.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE